**24 CV 4479**

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

Maria Torres, Individually, and as Administrator of the Estate of Rosa Pena and the Estate of ROSA PENA

Write the full name of each plaintiff.

\_\_\_\_CV_____
(Include case number if one has been assigned)

-against-

New York University Hospital Langone, John Doe(s), Jane Doe(s)

**COMPLAINT**

Do you want a jury trial?
☒ Yes    ☐ No

Write the full name of each defendant. If you need more space, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed above must be identical to those contained in Section II.

---

### NOTICE

The public can access electronic court files. For privacy and security reasons, papers filed with the court should therefore *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number. See Federal Rule of Civil Procedure 5.2.

## I. BASIS FOR JURISDICTION

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation, and the amount in controversy is more than $75,000, is a diversity case. In a diversity case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal-court jurisdiction in your case?

[X] **Federal Question**

[ ] **Diversity of Citizenship**

### A. If you checked Federal Question

Which of your federal constitutional or federal statutory rights have been violated?

_HIPPA, MEDICARE, Civil Rights, RICO,_
_HIPPA Violation, Failure to Provide Full Medical Record_
_Fake Medical Record, Civil Rights, RICO, Negligence_
_Malpractice, Discrimination, Slander, Defamation_

### B. If you checked Diversity of Citizenship

#### 1. Citizenship of the parties

Of what State is each party a citizen?

The plaintiff, _Maria Torres, Rosa Pena_, is a citizen of the State of
(Plaintiff's name)

_Bronx, New York_
(State in which the person resides and intends to remain.)

or, if not lawfully admitted for permanent residence in the United States, a citizen or subject of the foreign state of

_N/A_

If more than one plaintiff is named in the complaint, attach additional pages providing information for each additional plaintiff.

If the defendant is an individual:

The defendant, __N/A__ , is a citizen of the State of
(Defendant's name)

_____

or, if not lawfully admitted for permanent residence in the United States, a citizen or subject of the foreign state of

_____

If the defendant is a corporation:

The defendant, __New York University Hospital Langone, John Doe(s), Jane Doe(s)__ , is incorporated under the laws of

the State of __New York__

and has its principal place of business in the State of __New York__

or is incorporated under the laws of (foreign state) __New York__

and has its principal place of business in __New York__ .

If more than one defendant is named in the complaint, attach additional pages providing information for each additional defendant.

## II. PARTIES

### A. Plaintiff Information

Provide the following information for each plaintiff named in the complaint. Attach additional pages if needed.

__Maria__             __Torres (Rosa Pena Deceased)__
First Name       Middle Initial    Last Name

__1594 Metropolitan Ave #4B__
Street Address

__Bronx__                       __NY__              __10462__
County, City                    State              Zip Code

__(347) 515-7325__              __singingbirdsforyou@gmail.com__
Telephone Number                Email Address (if available)

## B. Defendant Information

To the best of your ability, provide addresses where each defendant may be served. If the correct information is not provided, it could delay or prevent service of the complaint on the defendant. Make sure that the defendants listed below are the same as those listed in the caption. Attach additional pages if needed.

Defendant 1: _New York University Hospital Langone_
First Name                           Last Name

_John Doe(s) Jane Doe(s)_
Current Job Title (or other identifying information)

_550 First Ave. 10016    (646) 929-7800_
Current Work Address (or other address where defendant may be served)

County, City                State              Zip Code

Defendant 2: _____
First Name                           Last Name

Current Job Title (or other identifying information)

Current Work Address (or other address where defendant may be served)

County, City                State              Zip Code

Defendant 3: _____
First Name                           Last Name

Current Job Title (or other identifying information)

Current Work Address (or other address where defendant may be served)

County, City                State              Zip Code

Defendant 4:
_____
First Name                    Last Name
_____
Current Job Title (or other identifying information)
_____
Current Work Address (or other address where defendant may be served)
_____
County, City                  State                Zip Code

### III. STATEMENT OF CLAIM

Place(s) of occurrence: _New York, NY_

Date(s) of occurrence: _July 2021, August 2021 → September 2021_

### FACTS:

State here briefly the FACTS that support your case. Describe what happened, how you were harmed, and what each defendant personally did or failed to do that harmed you. Attach additional pages if needed. There is a Negligence Malpractice case Filed in Bronx NY. The Defendant(s) have failed to provide a Full medical record. The record provided has inconsistencies and considered to be fake. In order to go forward with a medical / Negligence Malpractice case the Plaintiff is impeded in Litigation. The Court has Federal Jurisdiction under HIPPA Medical Rules and MEDICARE. There was a denial of Medical Treatment - slow dialysis also known as Continuous Renal Replacement Treatment (CRRT). This denial of Medical treatment is ongoing and affects the public as a whole in specific groups of marginalized communities/minorities who are predominately Dialysis patients.

Plaintiff has proof the medical record is Fake.

Page 5

Defendant(s) put a pig's kidney in a patient. However Defendant(s) refused to do a slow dialysis on Plaintiff. Court has jurisdiction under RICO

### INJURIES:

If you were injured as a result of these actions, describe your injuries and what medical treatment, if any, you required and received.

My mother was denied medical treatment (Continuous Renal Replacement Therapy (CRRT)) that could have been given by Defendant(s) and they failed to do so. They shortened her life and caused physical and emotional pain to Plaintiffs

### IV. RELIEF

State briefly what money damages or other relief you want the court to order.

Punitive Damages. That NYU Hospital Langone going forward provide CRRT Treatment to patients including Black and Hispanics.
Punitive Damages for lying and giving a FAKE Medical Record to avoid Liability

## V. PLAINTIFF'S CERTIFICATION AND WARNINGS

By signing below, I certify to the best of my knowledge, information, and belief that: (1) the complaint is not being presented for an improper purpose (such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation); (2) the claims are supported by existing law or by a nonfrivolous argument to change existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Federal Rule of Civil Procedure 11.

I agree to notify the Clerk's Office in writing of any changes to my mailing address. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Each Plaintiff must sign and date the complaint. Attach additional pages if necessary. If seeking to proceed without prepayment of fees, each plaintiff must also submit an IFP application.

Dated: 6/12/24

Plaintiff's Signature: Maria Tores

First Name: Maria
Middle Initial:
Last Name: Tores

Street Address: 1594 Metropolitan Avenue #4B

County, City: Bronx
State: NY
Zip Code: 10462

Telephone Number: (347) 515-7325
Email Address (if available): singingbirdsforyou@gmail.com

I have read the Pro Se (Nonprisoner) Consent to Receive Documents Electronically:
☑ Yes   ☐ No

If you do consent to receive documents electronically, submit the completed form with your complaint. If you do not consent, please do not attach the form.