UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
MARIA TORRES, *individually and as Administrator of the Estate of Rosa Pena*, and THE ESTATE OF ROSA PENA,

                                    Plaintiffs,

          -against-

NEW YORK UNIVERSITY HOSPITAL LANGONE, et al.,

                                  Defendants.
-----------------------------------------------------------------X

24 Civ. No. 4479 (JAV) (GS)

**VIDEO STATUS CONFERENCE ORDER**

**GARY STEIN, United States Magistrate Judge:**

      This action is scheduled for a Video Status Conference on **Thursday, February 13, 2025 at 11:00 a.m.** to discuss Plaintiff's requests in her January 27, 2025 letter. (Dkt. No. 22). The Parties are directed to join the conference via Microsoft Teams at the scheduled time using the following link: Click here to join the meeting. **Meeting ID: [246 112 830 823]  Passcode: [Wc244Nd6]**

      SO ORDERED.

DATED:    New York, New York
               January 30, 2025

                                                                  _____
                                                                  The Honorable Gary Stein
                                                                  United States Magistrate Judge