UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
MARIA TORRES, *individually and as*
*Administrator of the Estate of Rosa Pena*,

                                  Plaintiff,

                   -against-

NEW YORK UNIVERSITY HOSPITAL
LANGONE, *et al.*,

                                  Defendants.
-----------------------------------------------------------------X

**24 Civ. No. 4479 (JAV) (GS)**

**ORDER**

**GARY STEIN, United States Magistrate Judge:**

      A telephonic status conference was held on Thursday, February 13, 2025. During the conference, Plaintiff stated that she wishes to file an amended complaint in lieu of filing an opposition to Defendant's pending motion to dismiss. For the reasons stated on the record, Defendant's objection to Plaintiff's request is overruled and Plaintiff's motion for leave to amend her Complaint is **GRANTED**.

      **Plaintiff's amended complaint is due no later than Friday, March 28, 2025**. Given that this provides Plaintiff with six weeks to amend the complaint, and in light of the multiple extensions of time given Plaintiff previously to respond to Defendant's motion to dismiss (which was filed on August 30, 2024), **no extensions** of this deadline will be granted.

      **SO ORDERED.**

DATED:    New York, New York
               February 13, 2025

                                                               The Honorable Gary Stein
                                                               United States Magistrate Judge